# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146444

EMC MORTGAGE CORPORATION,
          Plaintiff/Counter-Defendant,

v                                                             SC: 146444
                                                              COA: 298518
                                                              Macomb CC: 2006-005409-CK

AMERICAN FELLOWSHIP MUTUAL
INSURANCE COMPANY,
          Defendant/Third-Party Plaintiff/
          Counter-Plaintiff-Appellee,
and

ALLSTATE INSURANCE COMPANY,
          Defendant/Cross-Plaintiff,
and

CAREY SHAWN TORRICE,
          Third-Party Defendant/
          Counter-Plaintiff-Appellant,
and

CAROL KOEPPEN,
          Third-Party Defendant/
          Counter-Plaintiff,
and

MICHAEL PETER TORRICE,
          Third-Party Defendant-Appellant,
and

GUY HUBER,
          Third-Party Defendant.
_____/

On order of the Court, the application for leave to appeal the November 20, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

t0422

_____
                Clerk